UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       CASE NO: 91-208-CR-GOLD

       Plaintiff,

VS.

JOSE V. OLIVA,

       Defendant(s).
_____/

## ORDER DENYING DEFENDANT'S *PRO SE* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter came before the Court pursuant to the defendant's *pro se* motion for modification of a term of supervised release, filed September 15, 2008.

On September 19, 2008, the Government filed a response in opposition to the defendant's *pro se* motion identified herein.

Upon review of the motion and the Government's response thereto, it is hereby

**ORDERED AND ADJUDGED** that the defendant's *pro se* motion for modification of a term of supervised release [**DE 204**] is hereby denied for lack of good cause to terminate at this time.

**DONE AND ORDERED** at Miami, Florida, this _____23rd_____ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE
ALAN S. GOLD

cc:    AUSA Luis M. Perez

       Jose V. Oliva
       3407 Ponce de Leon Blvd.
       Coral Gables, Florida 33134

       Lynell Fahie, U.S. Probation Officer